938

No. 71–61. WECHSLER *v.* GOTTLIEB ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–101. BERNIKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–214. UNITED BONDING INSURANCE Co. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–232. NALLE CLINIC *v.* SCHULTZ, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied.

No. 71–248. SAITTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–266. BAKER ET AL., TRUSTEES *v.* UNITED TRANSPORTATION UNION, LOCAL 63E. C. A. 6th Cir. Certiorari denied.

No. 71–287. PALISADES PAGEANTS, INC. *v.* MISS AMERICA PAGEANT. C. C. P. A. Certiorari denied.

No. 71–289. ZAHN ET AL. *v.* SECURITY PACIFIC NATIONAL BANK, EXECUTOR, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–290. KILTY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–291. McNABB *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 71–299. HENDERSON, DBA HENDERSON PLUMBING & HEATING Co. *v.* PLUMBERS LOCAL No. 8, AFL, ET AL. Sup. Ct. Mo. Certiorari denied.